In the Matter of CLIFFORD H. McCALL et al., Copartners, Respondents, against SALVATORE A. COTILLO, a Justice of the Supreme Court of the State of New York, Respondent, and IRMA J. BROWN, Appellant.

Argued June 20, 1939; decided June 21, 1939.

*Max Ornstein* for appellant.

*Frederick E. Weinberg* for petitioners, respondents.

Order modified by striking therefrom the provision directing the filing of a decision *nunc pro tunc* and as so modified affirmed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.